| | | |
|---|---|---|
| Brian Audette | The Honorable: | EUGENE R. WEDOFF |
| Perkins Coie LLP | Chapter   7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 744, Chicago, IL |
| Ste. 1700 | Hearing Date: | / / |
| Chicago, IL  60603-5559 | Hearing Time: | 10:00am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: KORCYL, MICHAEL SCOTT, JR.  § Case No. 14-35536
KORCYL, TANVI RAJENDRA  §
§
Debtor(s)  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 30, 2014. The undersigned trustee was appointed on September 30, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

4. The trustee realized the gross receipts of $ 16,010.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 16,010.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/20/2015 and the deadline for filing governmental claims was 03/29/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,351.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,351.00, for a total compensation of $2,351.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/31/2015            By:/s/Brian Audette
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-35536  **Trustee:** (330232) Brian Audette, Chapter 7 Trustee
**Case Name:** KORCYL, MICHAEL SCOTT, JR.  **Filed (f) or Converted (c):** 09/30/14 (f)
KORCYL, TANVI RAJENDRA  **§341(a) Meeting Date:** 11/18/14
**Period Ending:** 03/31/15  **Claims Bar Date:** 02/20/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 612 Cambridge Dr., Schaumburg, IL 60193 | 243,000.00 | 13,383.00 | | 0.00 | FA |
| 2 | Checking account with BMO Harris | 10.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | BOOKS AND ART OBJECTS | 200.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Earrings, watch, and costume jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding band | 4,000.00 | 0.00 | | 0.00 | FA |
| 8 | 9MM gun and camcorder | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Pension with employer/former employer | Unknown | 0.00 | | 0.00 | FA |
| 10 | Interest in Debtor's late uncle's estate | 18,000.00 | 16,010.00 | | 16,010.00 | FA |
| 11 | MB Financial Services - 2010 Mercedes C300 | 21,375.00 | 0.00 | | 0.00 | FA |
| 12 | 1999 Oldsmobile Cutlass | 972.00 | 0.00 | | 0.00 | FA |
| 13 | Dog | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Assets   Totals (Excluding unknown values) | **$289,957.00** | **$29,393.00** | | **$16,010.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015   **Current Projected Date Of Final Report (TFR):**   December 31, 2015

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-35536  
**Case Name:** KORCYL, MICHAEL SCOTT, JR.  
KORCYL, TANVI RAJENDRA  
**Taxpayer ID #:** **-***2171  
**Period Ending:** 03/31/15  

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7366 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/24/14 | {10} | Michael S. Korcyl & Tanvi R. Korcyl | Non-exempt equity | 1129-000 | 16,010.00 | | 16,010.00 |
| | | | **ACCOUNT TOTALS** | | 16,010.00 | 0.00 | $16,010.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 16,010.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$16,010.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7366** | 16,010.00 | 0.00 | 16,010.00 |
| | $16,010.00 | $0.00 | $16,010.00 |

{} Asset reference(s)                                                                                                   Printed: 03/31/2015 02:51 PM    V.13.21

# Exhibit C - Claims Register

## Case: 14-35536 KORCYL, MICHAEL SCOTT, JR.

Claims Bar Date: 02/20/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Brian Audette, Chapter 7 Trustee<br>131 South Dearborn St<br>Ste. 1700<br>Chicago, IL 60603-5559<br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>09/30/14 |  | $2,351.00<br>$2,351.00 | $0.00 | $2,351.00 |
| 1 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/25/14 |  | $2,614.82<br>$2,614.82 | $0.00 | $2,614.82 |
| 2 | MOHELA/DEPT OF ED<br>633 SPIRIT DR<br>CHESTERFIELD, MO 63005<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/03/14 |  | $55,923.23<br>$55,923.23 | $0.00 | $55,923.23 |
| 3 | CapEX MD<br>9907 E Bell Road<br>Suite 110<br>Scottsdale, AZ 85260<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/09/14 |  | $9,558.77<br>$9,558.77 | $0.00 | $9,558.77 |
| 4 | Wells Fargo Bank Financial National Bank<br>Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines, IA 50306-0438<br><4210-00 Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>, 100 | Secured<br>12/13/14 |  | $1,872.08<br>$1,872.08 | $0.00 | $1,872.08 |
| 5 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/22/14 |  | $2,955.93<br>$2,955.93 | $0.00 | $2,955.93 |
| 6 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/22/14 |  | $667.25<br>$667.25 | $0.00 | $667.25 |
| 7 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/22/14 |  | $1,369.71<br>$1,369.71 | $0.00 | $1,369.71 |

# Exhibit C - Claims Register

## Case: 14-35536   KORCYL, MICHAEL SCOTT, JR.

Claims Bar Date:  02/20/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/22/14 | | $3,362.63<br>$3,362.63 | $0.00 | $3,362.63 |
| 9 | Navient Solutions, Inc.<br>P.O. Box 9640<br>Wilkes-Barre, PA 18773-9640<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/31/14 | | $14,250.10<br>$14,250.10 | $0.00 | $14,250.10 |
| 10 | Navient Solutions, Inc.<br>P.O. Box 9640<br>Wilkes-Barre, PA 18773-9640<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/31/14 | | $27,401.51<br>$27,401.51 | $0.00 | $27,401.51 |
| 11 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/26/15 | | $379.45<br>$379.45 | $0.00 | $379.45 |
| 12 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/28/15 | | $8,581.42<br>$8,581.42 | $0.00 | $8,581.42 |
| 13 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/28/15 | | $6,371.01<br>$6,371.01 | $0.00 | $6,371.01 |
| 14 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/05/15 | | $1,100.79<br>$1,100.79 | $0.00 | $1,100.79 |
| 15 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/10/15 | | $7,314.02<br>$7,314.02 | $0.00 | $7,314.02 |

# Exhibit C - Claims Register

## Case:  14-35536   KORCYL, MICHAEL SCOTT, JR.

Claims Bar Date:  02/20/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 16 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 02/11/15 | | $552.11 $552.11 | $0.00 | $552.11 |
| 17 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 02/11/15 | | $1,416.99 $1,416.99 | $0.00 | $1,416.99 |
| | | | **Case Total:** | | **$0.00** | **$148,042.82** |

**TRUSTEE'S PROPOSED DISTRIBUTION**    Exhibit D

Case No.: 14-35536
Case Name: KORCYL, MICHAEL SCOTT, JR.
Trustee Name: Brian Audette

**Balance on hand:**    $    16,010.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Wells Fargo Bank Financial National Bank | 1,872.08 | 1,872.08 | 0.00 | 1,872.08 |

Total to be paid to secured creditors:    $    1,872.08
Remaining balance:    $    14,137.92

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Brian Audette, Chapter 7 Trustee | 2,351.00 | 0.00 | 2,351.00 |

Total to be paid for chapter 7 administration expenses:    $    2,351.00
Remaining balance:    $    11,786.92

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:    $    11,786.92

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $    0.00
Remaining balance:    $    11,786.92

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 143,819.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 2,614.82 | 0.00 | 214.30 |
| 2 | MOHELA/DEPT OF ED | 55,923.23 | 0.00 | 4,583.25 |
| 3 | CapEX MD | 9,558.77 | 0.00 | 783.40 |
| 5 | Capital One Bank (USA), N.A. | 2,955.93 | 0.00 | 242.26 |
| 6 | Capital One Bank (USA), N.A. | 667.25 | 0.00 | 54.69 |
| 7 | Capital One Bank (USA), N.A. | 1,369.71 | 0.00 | 112.26 |
| 8 | Capital One Bank (USA), N.A. | 3,362.63 | 0.00 | 275.59 |
| 9 | Navient Solutions, Inc. | 14,250.10 | 0.00 | 1,167.88 |
| 10 | Navient Solutions, Inc. | 27,401.51 | 0.00 | 2,245.72 |
| 11 | WORLD'S FOREMOST BANK | 379.45 | 0.00 | 31.10 |
| 12 | Capital Recovery V, LLC | 8,581.42 | 0.00 | 703.30 |
| 13 | PYOD, LLC its successors and assigns as assignee | 6,371.01 | 0.00 | 522.14 |
| 14 | American Express Centurion Bank | 1,100.79 | 0.00 | 90.22 |
| 15 | PYOD, LLC its successors and assigns as assignee | 7,314.02 | 0.00 | 599.43 |
| 16 | PYOD, LLC its successors and assigns as assignee | 552.11 | 0.00 | 45.25 |
| 17 | PYOD, LLC its successors and assigns as assignee | 1,416.99 | 0.00 | 116.13 |

Total to be paid for timely general unsecured claims: $ 11,786.92
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**