| | | |
|---|---|---|
| Brian Audette | The Honorable: | EUGENE R. WEDOFF |
| Perkins Coie LLP | Chapter   7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 744, Chicago, IL |
| Ste. 1700 | Hearing Date: | 05/12/2015 |
| Chicago, IL  60603-5559 | Hearing Time: | 10:00am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: KORCYL, MICHAEL SCOTT, JR.    §    Case No. 14-35536
         KORCYL, TANVI RAJENDRA          §
                                                              §
Debtor(s)                                               §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Brian Audette, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S. Dearborn Street, 7th Floor
  Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 05/12/2015 in Courtroom 744, United States Courthouse, 219 S. Dearborn Street
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  04/13/2015          By:  Brian A. Audette
                                            Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Brian Audette | The Honorable: | EUGENE R. WEDOFF |
| Perkins Coie LLP | Chapter   7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 744, Chicago, IL |
| Ste. 1700 | Hearing Date: | 05/12/2015 |
| Chicago, IL  60603-5559 | Hearing Time: | 10:00am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KORCYL, MICHAEL SCOTT, JR.   §   Case No. 14-35536
KORCYL, TANVI RAJENDRA   §
§
Debtor(s)   §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*   $   16,010.00

*and approved disbursements of*   $   0.00

*leaving a balance on hand of*   [1]   $   16,010.00

**Balance on hand:**   $   16,010.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Wells Fargo Bank Financial National Bank | 1,872.08 | 1,872.08 | 0.00 | 1,872.08 |

Total to be paid to secured creditors:   $   1,872.08
Remaining balance:   $   14,137.92

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Brian Audette, Chapter 7 Trustee | 2,351.00 | 0.00 | 2,351.00 |

Total to be paid for chapter 7 administration expenses:   $   2,351.00
Remaining balance:   $   11,786.92

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:   $    11,786.92

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $         0.00
Remaining balance:   $    11,786.92

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 143,819.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 2,614.82 | 0.00 | 214.30 |
| 2 | MOHELA/DEPT OF ED | 55,923.23 | 0.00 | 4,583.25 |
| 3 | CapEX MD | 9,558.77 | 0.00 | 783.40 |
| 5 | Capital One Bank (USA), N.A. | 2,955.93 | 0.00 | 242.26 |
| 6 | Capital One Bank (USA), N.A. | 667.25 | 0.00 | 54.69 |
| 7 | Capital One Bank (USA), N.A. | 1,369.71 | 0.00 | 112.26 |
| 8 | Capital One Bank (USA), N.A. | 3,362.63 | 0.00 | 275.59 |
| 9 | Navient Solutions, Inc. | 14,250.10 | 0.00 | 1,167.88 |
| 10 | Navient Solutions, Inc. | 27,401.51 | 0.00 | 2,245.72 |
| 11 | WORLD'S FOREMOST BANK | 379.45 | 0.00 | 31.10 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 12 | Capital Recovery V, LLC | 8,581.42 | 0.00 | 703.30 |
| 13 | PYOD, LLC its successors and assigns as assignee | 6,371.01 | 0.00 | 522.14 |
| 14 | American Express Centurion Bank | 1,100.79 | 0.00 | 90.22 |
| 15 | PYOD, LLC its successors and assigns as assignee | 7,314.02 | 0.00 | 599.43 |
| 16 | PYOD, LLC its successors and assigns as assignee | 552.11 | 0.00 | 45.25 |
| 17 | PYOD, LLC its successors and assigns as assignee | 1,416.99 | 0.00 | 116.13 |

Total to be paid for timely general unsecured claims:  $   11,786.92
Remaining balance:  $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims:  $   0.00
Remaining balance:  $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:  $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/Brian Audette
                           Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-35536-ERW
Michael Scott Korcyl, Jr.                                                 Chapter 7
Tanvi Rajendra Korcyl
        Debtors
                            **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: mmyers                 Page 1 of 2                Date Rcvd: Apr 14, 2015
                              Form ID: pdf006              Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2015.
db/jdb         +Michael Scott Korcyl, Jr.,    Tanvi Rajendra Korcyl,    612 Cambridge Dr,
                 Schaumburg, IL 60193-2663
22464725       +AMEX,   Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale,FL 33329-7871
22464751       +Alexian Brothers Med Center,    Bankruptcy Deparmtent,    22589 Network Place,
                 Chicago,IL 60673-1225
22896997        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22464712       +BBY/CBNA,   Attn: Bankruptcy Dept.,    50 Northwest Point Road,
                 Elk Grove Village,IL 60007-1032
22464736       +Bankunited,   Attn: Bankruptcy Dept.,    7815 Nw 148Th St,    Miami Lakes,FL 33016-1554
22464729       +Barclays BANK Delaware,   Attn: Bankruptcy Dept.,     125 S West St,    Wilmington,DE 19801-5014
22464716       +CAP1/Bstby,   Attn: Bankruptcy Dept.,    26525 N Riverwoods Blvd,    Mettawa,IL 60045-3440
22464719      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
                 Richmond,VA 23285)
22464726       +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington,DE 19850-5298
22464721       +CITI,   Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls,SD 57117-6241
22464746       +CapEX MD,   9907 E Bell Road,    Suite 110,    Scottsdale,AZ 85260-2393
22757323        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
22464757       +Chase,   Attn: Bankruptcy Dept.,    Po Box 24696,    Columbus,OH 43224-0696
22464717       +Clerk, First Mun Div,   Bankruptcy Dept.,    50 W. Washington St., Rm. 1001,
                 Chicago,IL 60602-1316
22464733       +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
22464732       +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
22464735        Kane County Clerk,   Bankruptcy Dept.,    719 S. Batavia Ave.,    Geneva,IL 60134-3077
22464728       +MB FIN SVCS,   Attn: Bankruptcy Dept.,    36455 Corporate Dr,    Farmington Hills,MI 48331-3552
22464747       +MEA - Elk Grove LLC,   3429 Regal Drive,    Alcoa,TN 37701-3265
22692024       +MOHELA/DEPT OF ED,   633 SPIRIT DR,    CHESTERFIELD MO 63005-1243
22522101        Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
22464742       +Mohela/DEPT OF ED,   Attn: Bankruptcy Dept.,    633 Spirit Dr,    Chesterfield,MO 63005-1243
22464740       +NEW YORK University,   Attn: Bankruptcy Dept.,     726 Broadway Fl 9,    New York,NY 10003-9580
22781593        Navient Solutions, Inc.,   P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
22464753       +Northwest ENT Associates,    7447 W Talcott Ave.,    Suite 316,    Chicago,IL 60631-3714
22464750       +OAC Collection Specialists,    PO Box 500,    Baraboo,WI 53913-0500
22464749       +Physician Anesthesia Assoc.,    Dept 4330,    Carol Stream,IL 60122-0001
22464754       +Resurgence Financial,   Bankruptcy Department,    4100 Commercial Avenue,
                 Northbrook,IL 60062-1833
22464756       +Resurgence Legal Group,   Bankruptcy Dept.,    1161 Lake Cook Rd # E,    Deerfield,IL 60015-5277
22464748       +Suburban Fetal Medicine,    1555 N Barrington,    Suite 125,    Hoffman Estates,IL 60169-1062
22464713       +THD/CBNA,   Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls,SD 57117-6497
22464731       +Transunion,   Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19016-1000
22854407        WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
22728999        Wells Fargo Bank Financial National Bank,    Wells Fargo Bank NA,    PO Box 10438,
                 Des Moines IA   50306-0438
22464715       +Wffnatlbnk,   Attn: Bankruptcy Dept.,    Po Box 94498,    Las Vegas,NV 89193-4498
22464727       +Worlds Foremost BANK N,   Attn: Bankruptcy Dept.,     4800 Nw 1St St Ste 300,
                 Lincoln,NE 68521-4463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22464718       +E-mail/Text: mmeyers@blittandgaines.com Apr 15 2015 01:15:32      Blitt and Gaines, PC,
                 Bankruptcy Dept.,   661 Glenn Ave.,    Wheeling,IL 60090-6017
22859149        E-mail/PDF: rmscedi@recoverycorp.com Apr 15 2015 01:25:04      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
22668491        E-mail/PDF: mrdiscen@discover.com Apr 15 2015 01:32:46      Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,    New Albany, OH 43054-3025
22464723       +E-mail/PDF: mrdiscen@discover.com Apr 15 2015 01:32:46      Discover FIN SVCS LLC,
                 Attn: Bankruptcy Dept.,   Po Box 15316,    Wilmington,DE 19850-5316
22464734       +E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2015 01:24:45      Green TREE Servicing L,
                 Attn: Bankruptcy Dept.,   332 Minnesota St Ste 610,    Saint Paul,MN 55101
22860152       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 15 2015 01:25:04
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
22464744       +E-mail/PDF: pa_dc_claims@navient.com Apr 15 2015 01:24:24      Sallie MAE,
                 Attn: Bankruptcy Dept.,   Po Box 9655,    Wilkes Barre,PA 18773-9655
22464737       +E-mail/PDF: pa_dc_claims@navient.com Apr 15 2015 01:24:24      Sallie MAE,
                 Attn: Bankruptcy Dept.,   11100 Usa Pkwy,    Fishers,IN 46037-9203
22464714       +E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2015 01:25:02      Syncb/HOME DESIGN-HI-P,
                 Attn: Bankruptcy Dept.,   C/O P.O. Box 965036,    Orlando,FL 32896-0001
                                                                                              TOTAL: 9

```
District/off: 0752-1            User: mmyers               Page 2 of 2              Date Rcvd: Apr 14, 2015
                                Form ID: pdf006            Total Noticed: 46


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22464752*       +Alexian Brothers Med Center,    Bankruptcy Deparmtent,    22589 Network Place,
                  Chicago,IL 60673-1225
22464720*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,     Attn: Bankruptcy Dept.,    Po Box 85520,
                  Richmond,VA 23285)
22464724*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,     Attn: Bankruptcy Dept.,    Po Box 85520,
                  Richmond,VA 23285)
22464741*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,     Attn: Bankruptcy Dept.,    Po Box 85520,
                  Richmond,VA 23285)
22464730*       +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington,DE 19850-5298
22464722*       +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls,SD 57117-6241
22464755*       +Clerk, First Mun Div,    Bankruptcy Dept.,    50 W. Washington St., Rm. 1001,
                  Chicago,IL 60602-1316
22464743*       +Mohela/DEPT OF ED,    Attn: Bankruptcy Dept.,    633 Spirit Dr,    Chesterfield,MO 63005-1243
22464745*       +Sallie MAE,    Attn: Bankruptcy Dept.,    Po Box 9655,    Wilkes Barre,PA 18773-9655
22464738*       +Sallie MAE,    Attn: Bankruptcy Dept.,    11100 Usa Pkwy,    Fishers,IN 46037-9203
22464739*       +Sallie MAE,    Attn: Bankruptcy Dept.,    11100 Usa Pkwy,    Fishers,IN 46037-9203
                                                                                             TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2015 at the address(es) listed below:
              Brian Audette     baudette@perkinscoie.com, IL32@ecfcbis.com
              Heather M Giannino    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bankruptcy@hsbattys.com, bankruptcy@hsbattys.com
              Merid T Mekonnen    on behalf of Joint Debtor Tanvi Rajendra Korcyl ndil@geracilaw.com
              Merid T Mekonnen    on behalf of Debtor Michael Scott Korcyl, Jr. ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Scott  Greenwood    on behalf of Debtor Michael Scott Korcyl, Jr. ndil@geracilaw.com
              Scott  Greenwood    on behalf of Joint Debtor Tanvi Rajendra Korcyl ndil@geracilaw.com
                                                                                             TOTAL: 7
```