## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  KORCYL, MICHAEL SCOTT, JR.       § Case No. 14-35536
        KORCYL, TANVI RAJENDRA           §
                                         §
Debtor(s)                                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   Brian Audette, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $271,957.00            Assets Exempt: $28,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $13,659.00      Claims Discharged
                                                 Without Payment: $132,032.82

Total Expenses of Administration: $2,351.00

---

   3) Total gross receipts of $ 16,010.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $16,010.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,872.08 | $1,872.08 | $1,872.08 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,351.00 | 2,351.00 | 2,351.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 143,819.74 | 143,819.74 | 11,786.92 |
| **TOTAL DISBURSEMENTS** | $0.00 | $148,042.82 | $148,042.82 | $16,010.00 |

4) This case was originally filed under Chapter 7 on September 30, 2014. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/04/2015          By: /s/Brian Audette
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Interest in Debtor's late uncle's estate | 1129-000 | 16,010.00 |
| **TOTAL GROSS RECEIPTS** | | **$16,010.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Wells Fargo Bank Financial National Bank | 4210-000 | N/A | 1,872.08 | 1,872.08 | 1,872.08 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$1,872.08** | **$1,872.08** | **$1,872.08** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Brian Audette, Chapter 7 Trustee | 2100-000 | N/A | 2,351.00 | 2,351.00 | 2,351.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,351.00** | **$2,351.00** | **$2,351.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 2,614.82 | 2,614.82 | 214.30 |
| 2 | MOHELA/DEPT OF ED | 7100-000 | N/A | 55,923.23 | 55,923.23 | 4,583.25 |
| 3 | CapEX MD | 7100-000 | N/A | 9,558.77 | 9,558.77 | 783.40 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 2,955.93 | 2,955.93 | 242.26 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 667.25 | 667.25 | 54.69 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,369.71 | 1,369.71 | 112.26 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 3,362.63 | 3,362.63 | 275.59 |
| 9 | Navient Solutions, Inc. | 7100-000 | N/A | 14,250.10 | 14,250.10 | 1,167.88 |
| 10 | Navient Solutions, Inc. | 7100-000 | N/A | 27,401.51 | 27,401.51 | 2,245.72 |
| 11 | WORLD'S FOREMOST BANK | 7100-000 | N/A | 379.45 | 379.45 | 31.10 |
| 12 | Capital Recovery V, LLC | 7100-000 | N/A | 8,581.42 | 8,581.42 | 703.30 |
| 13 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 6,371.01 | 6,371.01 | 522.14 |
| 14 | American Express Centurion Bank | 7100-000 | N/A | 1,100.79 | 1,100.79 | 90.22 |
| 15 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 7,314.02 | 7,314.02 | 599.43 |
| 16 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 552.11 | 552.11 | 45.25 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 1,416.99 | 1,416.99 | 116.13 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $143,819.74 | $143,819.74 | $11,786.92 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-35536  
**Case Name:** KORCYL, MICHAEL SCOTT, JR.  
KORCYL, TANVI RAJENDRA  
**Period Ending:** 09/04/15

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 09/30/14 (f)  
**§341(a) Meeting Date:** 11/18/14  
**Claims Bar Date:** 02/20/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 612 Cambridge Dr., Schaumburg, IL 60193 | 243,000.00 | 13,383.00 | | 0.00 | FA |
| 2 | Checking account with BMO Harris | 10.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | BOOKS AND ART OBJECTS | 200.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Earrings, watch, and costume jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding band | 4,000.00 | 0.00 | | 0.00 | FA |
| 8 | 9MM gun and camcorder | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Pension with employer/former employer | Unknown | 0.00 | | 0.00 | FA |
| 10 | Interest in Debtor's late uncle's estate | 18,000.00 | 16,010.00 | | 16,010.00 | FA |
| 11 | MB Financial Services - 2010 Mercedes C300 | 21,375.00 | 0.00 | | 0.00 | FA |
| 12 | 1999 Oldsmobile Cutlass | 972.00 | 0.00 | | 0.00 | FA |
| 13 | Dog | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Assets   Totals (Excluding unknown values) | **$289,957.00** | **$29,393.00** | | **$16,010.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TDR submitted to UST on 8/12/15.

**Initial Projected Date Of Final Report (TFR):** December 31, 2015     **Current Projected Date Of Final Report (TFR):** December 31, 2015

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-35536  
**Case Name:** KORCYL, MICHAEL SCOTT, JR.  
KORCYL, TANVI RAJENDRA  
**Taxpayer ID #:** **-***2171  
**Period Ending:** 09/04/15

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7366 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/24/14 | {10} | Michael S. Korcyl & Tanvi R. Korcyl | Non-exempt equity | 1129-000 | 16,010.00 | | 16,010.00 |
| 05/12/15 | 101 | Wells Fargo Bank Financial National Bank | Dividend paid 100.00% on $1,872.08; Claim# 4; Filed: $1,872.08; Reference: | 4210-000 | | 1,872.08 | 14,137.92 |
| 05/12/15 | 102 | Brian Audette, Chapter 7 Trustee | Dividend paid 100.00% on $2,351.00, Trustee Compensation; Reference: | 2100-000 | | 2,351.00 | 11,786.92 |
| 05/12/15 | 103 | Discover Bank | Dividend paid 8.19% on $2,614.82; Claim# 1; Filed: $2,614.82; Reference: | 7100-000 | | 214.30 | 11,572.62 |
| 05/12/15 | 104 | MOHELA/DEPT OF ED | Dividend paid 8.19% on $55,923.23; Claim# 2; Filed: $55,923.23; Reference: | 7100-000 | | 4,583.25 | 6,989.37 |
| 05/12/15 | 105 | CapEX MD | Dividend paid 8.19% on $9,558.77; Claim# 3; Filed: $9,558.77; Reference: | 7100-000 | | 783.40 | 6,205.97 |
| 05/12/15 | 106 | Capital One Bank (USA), N.A. | Dividend paid 8.19% on $2,955.93; Claim# 5; Filed: $2,955.93; Reference: | 7100-000 | | 242.26 | 5,963.71 |
| 05/12/15 | 107 | Capital One Bank (USA), N.A. | Dividend paid 8.19% on $667.25; Claim# 6; Filed: $667.25; Reference: | 7100-000 | | 54.69 | 5,909.02 |
| 05/12/15 | 108 | Capital One Bank (USA), N.A. | Dividend paid 8.19% on $1,369.71; Claim# 7; Filed: $1,369.71; Reference: | 7100-000 | | 112.26 | 5,796.76 |
| 05/12/15 | 109 | Capital One Bank (USA), N.A. | Dividend paid 8.19% on $3,362.63; Claim# 8; Filed: $3,362.63; Reference: | 7100-000 | | 275.59 | 5,521.17 |
| 05/12/15 | 110 | Navient Solutions, Inc. | Dividend paid 8.19% on $14,250.10; Claim# 9; Filed: $14,250.10; Reference: | 7100-000 | | 1,167.88 | 4,353.29 |
| 05/12/15 | 111 | Navient Solutions, Inc. | Dividend paid 8.19% on $27,401.51; Claim# 10; Filed: $27,401.51; Reference: | 7100-000 | | 2,245.72 | 2,107.57 |
| 05/12/15 | 112 | WORLD'S FOREMOST BANK | Dividend paid 8.19% on $379.45; Claim# 11; Filed: $379.45; Reference: | 7100-000 | | 31.10 | 2,076.47 |
| 05/12/15 | 113 | Capital Recovery V, LLC | Dividend paid 8.19% on $8,581.42; Claim# 12; Filed: $8,581.42; Reference: | 7100-000 | | 703.30 | 1,373.17 |
| 05/12/15 | 114 | PYOD, LLC its successors and assigns as assignee | Dividend paid 8.19% on $6,371.01; Claim# 13; Filed: $6,371.01; Reference: | 7100-000 | | 522.14 | 851.03 |
| 05/12/15 | 115 | American Express Centurion Bank | Dividend paid 8.19% on $1,100.79; Claim# 14; Filed: $1,100.79; Reference: | 7100-000 | | 90.22 | 760.81 |
| 05/12/15 | 116 | PYOD, LLC its successors and assigns as assignee | Dividend paid 8.19% on $7,314.02; Claim# 15; Filed: $7,314.02; Reference: | 7100-000 | | 599.43 | 161.38 |
| 05/12/15 | 117 | PYOD, LLC its successors and assigns as assignee | Dividend paid 8.19% on $552.11; Claim# 16; Filed: $552.11; Reference: | 7100-000 | | 45.25 | 116.13 |
| 05/12/15 | 118 | PYOD, LLC its successors and assigns as assignee | Dividend paid 8.19% on $1,416.99; Claim# 17; Filed: $1,416.99; Reference: | 7100-000 | | 116.13 | 0.00 |

Subtotals :   $16,010.00   $16,010.00

{} Asset reference(s)

Printed: 09/04/2015 02:47 PM    V.13.23

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 14-35536 | | **Trustee:** | Brian Audette, Chapter 7 Trustee (330232) |
| --- | --- | --- | --- | --- |
| **Case Name:** | KORCYL, MICHAEL SCOTT, JR. | | **Bank Name:** | Rabobank, N.A. |
| | KORCYL, TANVI RAJENDRA | | **Account:** | ******7366 - Checking Account |
| **Taxpayer ID #:** | **-***2171 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 09/04/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | 16,010.00 | 16,010.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 16,010.00 | 16,010.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$16,010.00** | **$16,010.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******7366** | 16,010.00 | 16,010.00 | 0.00 |
| | $16,010.00 | $16,010.00 | $0.00 |

{} Asset reference(s)    Printed: 09/04/2015 02:47 PM    V.13.23